UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| MARIE ANN HOLENDA-PLETZ | Bankruptcy No.19-13478-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 5th day of November, 2019, by first class mail upon those listed below:

MARIE ANN HOLENDA-PLETZ
211 W. WABASH STREET
ALLENTOWN, PA  18103

**Electronically via CM/ECF System Only:**

ZACHARY ZAWARSKI ESQ
3001 EASTON AVENUE
BETHLEHEM, PA  18017

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee