# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marie Ann Holenda-Pletz aka Marie Ann Holenda aka Marie Ann Pletz<br><br>     Debtor(s)<br><br>Quicken Loans Inc., its successors and/or assigns<br>     Movant<br>  vs.<br><br>Marie Ann Holenda-Pletz aka Marie Ann Holenda aka Marie Ann Pletz<br>     Debtor(s)<br><br>Scott Waterman<br>     Trustee | CHAPTER 13<br><br><br><br>NO. 19-13478 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Quicken Loans Inc., which was filed with the Court on or about **July 15, 2019, docket number 13**.

            Respectfully submitted,

          By: **/s/ Kevin G. McDonald, Esquire**
           Kevin G. McDonald, Esquire
           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA  19106
           215-627-1322
           Attorney for Movant/Applicant

November 21, 2019