**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MARIE ANN HOLENDA-PLETZ | : | Case No. 19-13478-amc |
| Debtor | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Date of Hearing:** **December 12, 2019**
**Time of Hearing:** **11:00 a.m.**

**Location:** **U.S. Bankruptcy Court**
**The Madison Building**
**3rd Floor, Courtroom 1**
**400 Washington Street**
**Reading, PA 19601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF NO ANSWER OR RESPONSE TO**
**DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2**

AND NOW, this 10th day of December, 2019, Zachary Zawarski, Esquire, Attorney for Debtor, in the above-captioned bankruptcy proceeding, certifies as follows:

1. On November 7, 2019, Debtor filed an Objection to Proof of Claim #2 filed by Wells Fargo Bank, N.A.

2. Notice was served on Wells Fargo Bank, N.A., the U.S. Trustee, and the Chapter 13 Trustee as previously certified on November 7, 2019.

3. To date, Debtor has received no answer or response to the Objection.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter the Order which was attached to the Objection.

Dated: 12/10/2019	By:	*/s/ Zachary Zawarski*
ZACHARY ZAWARSKI, ESQUIRE
3001 Easton Avenue
Bethlehem, PA 18017
Phone: (610) 417-6345
Fax: (610) 465-9790
zzawarski@zawarskilaw.com
Attorney ID No.: 308348
Attorney for Debtor