IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MARIE ANN HOLENDA-PLETZ | : | Case No. 19-13478-amc |
| Debtor | : | |

**ORDER**

Upon consideration of Debtor's Objection to Proof of Claim No. 2 filed by Wells Fargo Bank, N.A. and after Notice and an opportunity for a hearing, IT IS HEREBY ORDERED that the classification of the debt in the Proof of Claim shall change from secured to unsecured in its entirety.

**Date: January 21, 2020**

BY THE COURT:

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge

**Distribution List:**

Zachary Zawarski, Esq.
3001 Easton Avenue
Bethlehem, PA 18017

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106-2908

Wells Fargo Bank, N.A.
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438