**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MARIE ANN HOLENDA-PLETZ | : | Case No. 19-13478-amc |
| Debtor | : | |

**CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, this 28th day of February, 2020, Zachary Zawarski, Esquire, Attorney for Debtor, in the above-captioned bankruptcy proceeding, certifies as follows:

1. On December 26, 2019, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for Debtor.

2. Notice was served on the U.S. Trustee and all parties in interest as previously certified on December 26, 2019.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

WHEREFORE, Zachary Zawarski, Esquire, Attorney for Debtor, requests this Honorable Court enter the Order which was attached to the Application.

Dated: 2/28/2020        By:    */s/ Zachary Zawarski*
                               ZACHARY ZAWARSKI, ESQUIRE
                               3001 Easton Avenue
                               Bethlehem, PA 18017
                               Phone: (610) 417-6345
                               Fax: (610) 465-9790
                               zzawarski@zawarskilaw.com
                               Attorney ID No.: 308348
                               Attorney for Debtor