## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MARIE ANN HOLENDA-PLETZ | : | Case No. 19-13478-amc |
| Debtor | : | |

### ORDER APPROVING COMPENSATION
### TO COUNSEL FOR DEBTOR

Upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by counsel for Debtors, Zachary Zawarski, Esquire, in the amount of THREE THOUSAND and xx/100 Dollars ($3,000.00), of which ONE THOUSAND TWO HUNDRED NINETY and xx/100 Dollars ($1,290.00) has been paid and ONE THOUSAND SEVEN HUNDRED TEN and xx/100 Dollars ($1,710.00) is unpaid, and the expenses charged in the amount of FIFTY-SEVEN and 60/100 Dollars ($57.60), are hereby approved.

BY THE COURT:

_____
ASHELY M. CHAN
BANKRUPTCY JUDGE

**Date: March 4, 2020**