United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-13478-amc
Marie Ann Holenda-Pletz                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Virginia           Page 1 of 1          Date Rcvd: Mar 04, 2020
                              Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db             +Marie Ann Holenda-Pletz,   211 W. Wabash Street,   Allentown, PA 18103-5022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          ZACHARY  ZAWARSKI   on behalf of Debtor Marie Ann Holenda-Pletz zzawarski@zawarskilaw.com
                                                                            TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:                                                      :          CHAPTER 13
                                                            :
MARIE ANN HOLENDA-PLETZ              :          Case No. 19-13478-amc
                    Debtor                          :

**ORDER APPROVING COMPENSATION
TO COUNSEL FOR DEBTOR**

Upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local

Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of

objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by

counsel for Debtors, Zachary Zawarski, Esquire, in the amount of THREE THOUSAND and

xx/100 Dollars ($3,000.00), of which ONE THOUSAND TWO HUNDRED NINETY and

xx/100 Dollars ($1,290.00) has been paid and ONE THOUSAND SEVEN HUNDRED TEN and

xx/100 Dollars ($1,710.00) is unpaid, and the expenses charged in the amount of FIFTY-SEVEN

and 60/100 Dollars ($57.60), are hereby approved.

BY THE COURT:

Date: March 4, 2020

_____

ASHELY M. CHAN
BANKRUPTCY JUDGE