| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-13478-PMM

MARIE ANN HOLENDA-PLETZ  
211 W. WABASH STREET  
ALLENTOWN  PA    18103

Petition Filed Date: 05/30/2019  
341 Hearing Date: 07/30/2019  
Confirmation Date: 02/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/08/2019 | $35.00 | Automatic Payr | 08/05/2019 | $35.00 | Automatic Payr | 09/05/2019 | $35.00 | Automatic Payr |
| 10/07/2019 | $35.00 | | 11/04/2019 | $35.00 | | 12/09/2019 | $35.00 | |
| 01/07/2020 | $35.00 | | 02/10/2020 | $35.00 | | 03/09/2020 | $35.00 | |
| 04/08/2020 | $35.00 | | 05/08/2020 | $35.00 | | 06/11/2020 | $35.00 | |
| 07/08/2020 | $35.00 | | 08/10/2020 | $35.00 | | | | |

**Total Receipts for the Period:  $490.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $490.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $1,767.60 | $412.26 | $1,355.34 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $1,749.56 | $0.00 | $1,749.56 |
| 2 | WELLS FARGO »» 002 | Unsecured Creditors | $3,480.42 | $0.00 | $3,480.42 |
| 3 | QUICKEN LOANS INC »» 003 | Mortgage Arrears | $339.24 | $0.00 | $339.24 |
| 4 | BANK OF AMERICA NA »» 004 | Unsecured Creditors | $581.38 | $0.00 | $581.38 |
| 5 | QUANTUM3 GROUP LLC as agent for »» 005 | Unsecured Creditors | $1,158.83 | $0.00 | $1,158.83 |
| 6 | CITIBANK NA »» 006 | Unsecured Creditors | $3,569.81 | $0.00 | $3,569.81 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $2,935.81 | $0.00 | $2,935.81 |
| 8 | SYNCHRONY BANK »» 008 | Unsecured Creditors | $1,923.60 | $0.00 | $1,923.60 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $3,980.18 | $0.00 | $3,980.18 |
| 10 | ALLY FINANCIAL »» 010 | Secured Creditors | $510.55 | $0.00 | $510.55 |

**Chapter 13 Case No. 19-13478-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $490.00 | Current Monthly Payment: | $50.00 |
| Paid to Claims: | $412.26 | Arrearages: | $135.00 |
| Paid to Trustee: | $46.24 | Total Plan Base: | $2,925.00 |
| Funds on Hand: | $31.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.