Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-13478-PMM**

MARIE ANN HOLENDA-PLETZ  
211 W. WABASH STREET  
ALLENTOWN  PA    18103

Petition Filed Date: 05/30/2019  
341 Hearing Date: 07/30/2019  
Confirmation Date: 02/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $35.00 | | 02/10/2020 | $35.00 | | 03/09/2020 | $35.00 | |
| 04/08/2020 | $35.00 | | 05/08/2020 | $35.00 | | 06/11/2020 | $35.00 | |
| 07/08/2020 | $35.00 | | 08/10/2020 | $35.00 | | 09/09/2020 | $35.00 | |
| 10/08/2020 | $35.00 | | 10/26/2020 | $105.00 | | 11/09/2020 | $50.00 | |
| 12/08/2020 | $50.00 | | 01/11/2021 | $50.00 | | 01/26/2021 | $60.00 | |
| 02/09/2021 | $50.00 | | 03/08/2021 | $50.00 | | 04/08/2021 | $50.00 | |
| 05/10/2021 | $50.00 | | 06/08/2021 | $50.00 | | | | |

**Total Receipts for the Period: $915.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,125.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $1,767.60 | $985.26 | $782.34 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $1,749.56 | $0.00 | $1,749.56 |
| 2 | WELLS FARGO<br>»» 002 | Unsecured Creditors | $3,480.42 | $0.00 | $3,480.42 |
| 3 | QUICKEN LOANS INC<br>»» 003 | Mortgage Arrears | $339.24 | $0.00 | $339.24 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $581.38 | $0.00 | $581.38 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Unsecured Creditors | $1,158.83 | $0.00 | $1,158.83 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $3,569.81 | $0.00 | $3,569.81 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,935.81 | $0.00 | $2,935.81 |
| 8 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $1,923.60 | $0.00 | $1,923.60 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $3,980.18 | $0.00 | $3,980.18 |
| 10 | ALLY FINANCIAL<br>»» 010 | Secured Creditors | $510.55 | $0.00 | $510.55 |

Chapter 13 Case No. 19-13478-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,125.00 | Current Monthly Payment: | $50.00 |
| Paid to Claims: | $985.26 | Arrearages: | $0.00 |
| Paid to Trustee: | $94.74 | Total Plan Base: | $2,925.00 |
| Funds on Hand: | $45.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.