## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-13478(PMM) |
| MARIE ANN HOLENDA-PLETZ | : | CHAPTER 13 |
| | : | |
| | : | HEARING SCHEDULED FOR |
| Debtor | : | JULY 27, 2021 AT 10:00 A.M. |

### CERTIFICATE OF SERVICE

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy of Ally Financial Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and Waiver of 14 Day Stay of Effectiveness of Order and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on July 1, 2021, upon the following individuals:

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED:  July 1, 2021            By:   /s/ Regina Cohen
                                                                  Regina Cohen, Esquire
                                                                  Attorneys for Ally Financial Inc.

## SERVICE LIST

Zachary Zawarski, Esquire
3001 Easton Avenue
Bethlehem PA 18017
(Via ECF Only)

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)

United States Trustee
Office of the U. S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)

Marie Ann Holenda-Pletz
211 W. Wabash Street
Allentown, PA 18103

2257751v1