## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MARIE ANN HOLENDA-PLETZ | : | Case No. 19-13478-pmm |
| Debtor | : | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Date of Hearing:     October 14, 2021**
**Time of Hearing:     10:00 a.m.**

**Location:     U.S. Bankruptcy Court**
**The Gateway Building**
**201 Penn Street**
**4th Floor Courtroom**
**Reading, PA 19601**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF NO RESPONSE AND
## REQUEST FOR ENTRY OF ORDER

I, Zachary Zawarski, Esquire, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Debtor's Motion to Modify Chapter 13 Plan Post Confirmation. I further certify that the Notice of Motion to Modify Chapter 13 Plan Post Confirmation, Response Deadline and Hearing Date was served by first-class mail and/or electronic notification on September 13, 2021 to the Chapter 13 Trustee, the U.S. Trustee, and all creditors appearing on Debtor's mailing matrix. The deadline for a response was October 4, 2021. Debtor seeks the entry of an order granting the requested relief.

                                          Respectfully Submitted,

Date: <u>October 5, 2021</u>        By:    <u>*/s/ Zachary Zawarski*</u>
                                                      ZACHARY ZAWARSKI, ESQUIRE
                                                      3001 Easton Avenue
                                                      Bethlehem, PA 18017
                                                      Phone: (610) 417-6345
                                                      Fax: (610) 465-9790
                                                      zzawarski@zawarskilaw.com
                                                      Attorney ID No.: 308348
                                                      Attorney for Debtor