| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-13478-PMM

MARIE ANN HOLENDA-PLETZ
211 W. WABASH STREET
ALLENTOWN  PA    18103

Petition Filed Date: 05/30/2019
341 Hearing Date: 07/30/2019
Confirmation Date: 02/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $50.00 | | 05/10/2021 | $50.00 | | 06/08/2021 | $50.00 | |
| 07/09/2021 | $50.00 | | 08/09/2021 | $50.00 | | 09/10/2021 | $270.00 | |
| 10/08/2021 | $270.00 | | 11/08/2021 | $270.00 | | 12/09/2021 | $270.00 | |
| 01/10/2022 | $270.00 | | 02/08/2022 | $270.00 | | 03/08/2022 | $270.00 | |
| 04/08/2022 | $270.00 | | 05/09/2022 | $270.00 | | 06/08/2022 | $270.00 | |
| 07/12/2022 | $270.00 | | | | | | | |

**Total Receipts for the Period:  $3,220.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $4,195.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $1,767.60 | $1,767.60 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $1,749.56 | $0.00 | $1,749.56 |
| 2 | WELLS FARGO<br>»» 002 | Unsecured Creditors | $3,480.42 | $0.00 | $3,480.42 |
| 3 | QUICKEN LOANS INC<br>»» 003 | Mortgage Arrears | $339.24 | $84.12 | $255.12 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $581.38 | $0.00 | $581.38 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Unsecured Creditors | $1,158.83 | $0.00 | $1,158.83 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $3,569.81 | $0.00 | $3,569.81 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,935.81 | $0.00 | $2,935.81 |
| 8 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $1,923.60 | $0.00 | $1,923.60 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $3,980.18 | $0.00 | $3,980.18 |
| 10 | ALLY FINANCIAL<br>»» 010 | Secured Creditors | $510.55 | $143.75 | $366.80 |
| 11 | ALLY FINANCIAL<br>»» 10P | Secured Creditors | $6,536.74 | $1,840.38 | $4,696.36 |

Chapter 13 Case No. 19-13478-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,195.00 | Current Monthly Payment: | $270.00 |
| Paid to Claims: | $3,835.85 | Arrearages: | $50.00 |
| Paid to Trustee: | $347.74 | Total Plan Base: | $10,185.00 |
| Funds on Hand: | $11.41 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.