| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-13478-PMM

MARIE ANN HOLENDA-PLETZ
211 W. WABASH STREET
ALLENTOWN  PA    18103

Petition Filed Date: 05/30/2019
341 Hearing Date: 07/30/2019
Confirmation Date: 02/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $270.00 | | 09/09/2022 | $270.00 | | 10/11/2022 | $270.00 | |
| 11/08/2022 | $270.00 | | 12/08/2022 | $270.00 | | 01/11/2023 | $270.00 | |
| 02/08/2023 | $270.00 | | 03/08/2023 | $270.00 | | 04/10/2023 | $270.00 | |
| 05/08/2023 | $270.00 | | 06/08/2023 | $270.00 | | 07/11/2023 | $270.00 | |

**Total Receipts for the Period: $3,240.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,705.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $1,767.60 | $1,767.60 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $1,749.56 | $0.00 | $1,749.56 |
| 2 | WELLS FARGO »» 002 | Unsecured Creditors | $3,480.42 | $0.00 | $3,480.42 |
| 3 | QUICKEN LOANS INC »» 003 | Mortgage Arrears | $339.24 | $220.65 | $118.59 |
| 4 | BANK OF AMERICA NA »» 004 | Unsecured Creditors | $581.38 | $0.00 | $581.38 |
| 5 | QUANTUM3 GROUP LLC as agent for »» 005 | Unsecured Creditors | $1,158.83 | $0.00 | $1,158.83 |
| 6 | CITIBANK NA »» 006 | Unsecured Creditors | $3,569.81 | $0.00 | $3,569.81 |
| 7 | SYNCHRONY BANK »» 007 | Unsecured Creditors | $2,935.81 | $0.00 | $2,935.81 |
| 8 | SYNCHRONY BANK »» 008 | Unsecured Creditors | $1,923.60 | $0.00 | $1,923.60 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $3,980.18 | $0.00 | $3,980.18 |
| 10 | ALLY FINANCIAL »» 010 | Secured Creditors | $510.55 | $349.03 | $161.52 |
| 11 | ALLY FINANCIAL »» 10P | Secured Creditors | $6,536.74 | $4,468.71 | $2,068.03 |

Chapter 13 Case No. 19-13478-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $7,705.00 | Current Monthly Payment: | $270.00 |
| Paid to Claims: | $6,805.99 | Arrearages: | ($220.00) |
| Paid to Trustee: | $642.03 | Total Plan Base: | $10,185.00 |
| Funds on Hand: | $256.98 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.