Certificate Number: 17572-PAE-DE-038597840

Bankruptcy Case Number: 19-13478



17572-PAE-DE-038597840

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 22, 2024, at 6:22 o'clock AM PDT, Marie Holenda A Pletz completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 22, 2024               By:    /s/Judy Alexander

                                   Name:  Judy Alexander

                                   Title: Counselor