Certificate Number: 17572-PAE-DE-038601458

Bankruptcy Case Number: 19-13478



17572-PAE-DE-038601458

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 22, 2024, at 6:22 o'clock AM PDT, Marie Ann A Holenda- Pletz completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 24, 2024

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor