United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                         Case No. 19-13478-pmm

Marie Ann Holenda-Pletz                                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                User: admin                                  Page 1 of 3

Date Rcvd: Jun 24, 2024                      Form ID: 138OBJ                            Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie Ann Holenda-Pletz, 211 W. Wabash Street, Allentown, PA 18103-5022 |
| 14615841 | + | Ally Bank, c/o Regina Cohen, Esquire, 190 N Independence Mall West, Suite 500, 6th and Race Streets, Philadelphia, PA 19106-1557 |
| 14334024 | + | Anna Marie Holdena, 328 N. Railroad Street, Allentown, PA 18102-5311 |
| 14334027 | | CH Hospital of Allentown, PO Box 826348, Philadelphia, PA 19182-6348 |
| 14334030 | | Coordinated Health, PO Box 826348, Philadelphia, PA 19182-6348 |
| 14337548 | + | Quicken Loans, Inc. c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14334035 | + | St. Luke's Hospital, 801 Ostrum Street, Bethlehem, PA 18015-1065 |
| 14370145 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14334040 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 25 2024 00:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 25 2024 00:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14400281 | | Email/Text: ally@ebn.phinsolutions.com | Jun 25 2024 00:08:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14627006 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 25 2024 00:21:48 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14334023 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 25 2024 00:08:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 380901, Bloomington, MN 55438-0901 |
| 14334025 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 25 2024 00:08:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14361405 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 25 2024 00:09:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14334026 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 25 2024 00:09:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14369720 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2024 00:21:44 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14334028 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2024 00:21:54 | Citibank, NA, Attn: Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14334029 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2024 00:09:00 | Comenity Capital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14334031 | | Email/Text: mrdiscen@discover.com | Jun 25 2024 00:08:00 | Discover Financial, Attn: Bankruptcy Department, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 15316, Wilmington, DE 19850 |
| 14338240 | | Email/Text: mrdiscen@discover.com | Jun 25 2024 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14334032 | | Email/Text: bankruptcy@collectioncentral.com | Jun 25 2024 00:08:00 | First Credit, Inc., PO Box 630838, Cincinnati, OH 45263-0838 |
| 14428060 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2024 00:21:53 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14370749 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2024 00:21:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14334033 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2024 00:21:43 | PayPal Credit, P.O. Box 5138, Timonium, MD 21094-5138 |
| 14366355 | | Email/Text: bnc-quantum@quantum3group.com | Jun 25 2024 00:09:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14334034 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 25 2024 00:09:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14352181 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 25 2024 00:09:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14334970 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 25 2024 00:21:44 | Synchrony Bank, by AIS InFoSource LP, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14370145 | ^ | MEBN | Jun 25 2024 00:07:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14334036 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2024 00:21:48 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14334037 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2024 00:21:48 | Synchrony Bank/Pandora, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14334038 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2024 00:21:53 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14350295 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 25 2024 00:21:48 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14334039 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 25 2024 00:21:48 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14800694 | | SYNCHRONY BANK BY AIS INFOSOURCE, LP, AS AGENT |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2024           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:**

**Name**  **Email Address**

DENISE ELIZABETH CARLON
 on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
 on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
 on behalf of Creditor Quicken Loans  LLC fka Quicken Loans Inc. bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
 on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

REGINA COHEN
 on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
 ECFMail@ReadingCh13.com

Scott F Waterman
 on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
 on behalf of Debtor Marie Ann Holenda-Pletz zzawarski@zawarskilaw.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Marie Ann Holenda−Pletz
      Debtor(s)

Case No: 19−13478−pmm
Chapter: 13

_____

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/24/24

79 − 73
Form 138OBJ