| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-13478-PMM**

MARIE ANN HOLENDA-PLETZ
211 W. WABASH STREET
ALLENTOWN  PA    18103

Petition Filed Date: 05/30/2019
341 Hearing Date: 07/30/2019
Confirmation Date: 02/27/2020

Case Status: Completed on 6/10/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $270.00 | | 09/11/2023 | $270.00 | | 10/10/2023 | $270.00 | |
| 11/08/2023 | $270.00 | | 12/08/2023 | $270.00 | | 01/09/2024 | $270.00 | |
| 02/08/2024 | $270.00 | | 03/08/2024 | $270.00 | | 04/08/2024 | $270.00 | |
| 05/09/2024 | $270.00 | | 06/10/2024 | $270.00 | | | | |

**Total Receipts for the Period:  $2,970.00    Amount Refunded to Debtor Since Filing:  $220.00    Total Receipts Since Filing: $10,405.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $1,767.60 | $1,767.60 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $1,749.56 | $12.96 | $1,736.60 |
| 2 | WELLS FARGO<br>»» 002 | Unsecured Creditors | $3,480.42 | $25.78 | $3,454.64 |
| 3 | QUICKEN LOANS INC<br>»» 003 | Mortgage Arrears | $339.24 | $339.24 | $0.00 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $581.38 | $4.31 | $577.07 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Unsecured Creditors | $1,158.83 | $8.58 | $1,150.25 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $3,569.81 | $26.45 | $3,543.36 |
| 7 | SYNCHRONY BANK<br>»» 007 | Unsecured Creditors | $2,935.81 | $21.75 | $2,914.06 |
| 8 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $1,923.60 | $14.25 | $1,909.35 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $3,980.18 | $29.48 | $3,950.70 |
| 10 | ALLY FINANCIAL<br>»» 010 | Secured Creditors | $510.55 | $510.55 | $0.00 |
| 11 | ALLY FINANCIAL<br>»» 10P | Secured Creditors | $6,536.74 | $6,536.74 | $0.00 |
| 12 | ANNA MARIE HOLDENA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | CH HOSPITAL OF ALLENTOWN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | COORDINATED HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | FIRST CREDIT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | ST LUKES HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-13478-PMM**

| 17 | SYNCHRONY BANK/CARE CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | SYNCHRONY BANK/PANDORA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | MARIE ANN HOLENDA-PLETZ | Debtor Refunds | $220.00 | $220.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,405.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $9,517.69 | Arrearages: | $0.00 |
| Paid to Trustee: | $887.31 | Total Plan Base: | $10,185.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.